## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**THE UNIVERSITY OF WEST VIRGINIA BOARD OF TRUSTEES,**

    Plaintiff,

v.

CIVIL ACTION NO. 1:97-CV-144
(Judge Bailey)

**KURT L. VANVOORHIES,**

    Defendant/Third-Party Plaintiff.

### ORDER DISMISSING CASE

Inasmuch as the parties have represented to the Court that they have resolved all issues in controversy in this case, the Court **ORDERS** that this civil action be, and the same is hereby, **DISMISSED with prejudice** and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within thirty (30) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is directed to transmit true copies of this Order to all counsel of record in this matter.

**DATED:** July 25, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE